# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELODIE PINNER,<br><br>    Plaintiff<br><br>v.<br><br>KALE BROCK, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00972-APG-DJA<br><br>**Order**<br><br>[ECF No. 3] |

On June 13, 2024, Magistrate Judge Albregts recommended that I dismiss plaintiff Melodie Pinner's complaint and deny her application to proceed in forma pauperis because Pinner's claims are better pursued through habeas corpus. ECF No. 3. Pinner did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 3) is accepted, plaintiff Melodie Pinner's complaint (ECF No. 1-1) is dismissed without prejudice to her pursuing habeas relief, and her application to proceed in forma pauperis (ECF No. 1) is denied as moot. The clerk of court is instructed to close this case.

DATED this 3rd day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE